IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON L. SHERMAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>F. GONZALEZ, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:09-cv-00420 LJO WMW (PC)<br><br>ORDER GRANTING PLAINTIFF'S FIRST MOTION TO EXTEND TIME TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE<br><br>(DOCUMENT #6)<br><br>30-DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 17, 2009, plaintiff filed a motion to extend time to file an application to proceed in forma pauperis or pay the filing fee pursuant to the Court's order of March 11, 2009. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file an application to proceed in forma pauperis or pay the filing fee.

IT IS SO ORDERED.

**Dated:   April 21, 2009                       /s/  William M. Wunderlich**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE