IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON SHERMAN,

    Plaintiff,                        1: 09 CV 0420 LJO YNP SMS (PC)

vs.                                  ORDER RE: FINDINGS & RECOMMENDATIONS (#13)

F. GONZALEZ, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On August 27, 2009, findings and recommendations were entered, recommending dismissal of   Defendants Jones, Gonzales, Carrasco, Zanchi, Peterson, Worrell, Barrozo, and Hirsch, along with Plaintiff's equal protection anc retaliation claims.  Plaintiff was provided an opportunity to file objections within thirty days.   Plaintiff has not filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and

1

1  proper analysis.

2        Accordingly, THE COURT HEREBY ORDERS that:

3      1. The Findings and Recommendations issued by the Magistrate Judge on August

4  27, 2009, are adopted in full; and

5      2. Defendants Jones, Gonzales, Carrasco, Zanchi, Peterson, Worrell, Barrozo, and

6  Hirsch, along with Plaintiff's equal protection anc retaliation claims are dismissed.

12  IT IS SO ORDERED.

13  **Dated:**   **October 7, 2009**                    /s/ Lawrence J. O'Neill
                                                                        UNITED STATES DISTRICT JUDGE