# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON L. SHERMAN, | CASE NO. 1:09-cv-00420-LJO-GBC PC |
| Plaintiff, | ORDER STRIKING FILING AS DOCKETED IN ERROR |
| v. | (Doc. 33) |
| F. GONZALES, et al., | |
| Defendants. | |

In this case, Sherman v. Gonzales, 1:09-cv-00420-LJO-GBC PC, Document 33 was erroneously docketed on November 4, 2010. Since Document 33 was intended for a different and unrelated suit, Document 33 filed on November 4, 2010, is HEREBY STRICKEN FROM THE RECORD. IT IS SO ORDERED.

Dated: November 10, 2010

_____
UNITED STATES MAGISTRATE JUDGE

1