# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON L. SHERMAN, | CASE NO. 1:09-cv-0420-LJO-GBC (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' FIRST MOTION TO EXTEND TIME TO RESPOND |
| v. | TO PLAINTIFF'S DISCOVERY REQUEST |
| F. GONZALES, et al., | (Doc. 34) |
| Defendants. | 30-DAY DEADLINE |

On November 4, 2010, defendants' filed a motion to extend time to respond to plaintiff's discovery request. Good cause having been presented to the court, IT IS HEREBY ORDERED that:

The Defendants' are granted thirty (30) days from the date of service of this order in which to file a response.

IT IS SO ORDERED.

Dated:   November 10, 2010

UNITED STATES MAGISTRATE JUDGE     IT IS SO ORDERED.

Dated:   November 10, 2010

UNITED STATES MAGISTRATE JUDGE