# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON L. SHERMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>F. GONZALES, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-00420-LJO-GBC (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO DEPOSE PLAINTIFF BY VIDEO CONFERENCE<br><br>(Doc. 48) |

　　　Plaintiff Brandon L. Sherman, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 5, 2009, and a scheduling order was issued September 10, 2010. This action is currently in the discovery phase, and on January 20, 2011, Defendant filed a motion seeking leave to depose Plaintiff by video conference. Fed. R. Civ. P. 30(b)(4).

　　　Good cause having been shown, Defendant's motion is HEREBY GRANTED.

　　　IT IS SO ORDERED.

Dated:　February 22, 2011

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE