# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON L. SHERMAN, | CASE NO. 1:09-cv-00420-LJO-GBC PC |
| Plaintiff, | ORDER DENYING AS MOOT REQUEST TO OPEN DISCOVERY |
| v. | (Doc. 31) |
| F. GONZALES, et al., | |
| Defendants. | |

Plaintiff Brandon L. Sherman ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 10, 2010, the Court issued its discovery and scheduling order. (Doc. 30). On September 20, 2010, Plaintiff motioned the court to open discovery. (Doc. 31). On September 22, 2010, Defendants filed their response. (Doc. 32). As Plaintiff signed the motion and dated it September 9, 2010, it appears that Plaintiff filed the motion requesting discovery to be open before he was served with the discovery order. As the court has already issued its discovery order on September 10, 2010, Plaintiff's motion to open discovery is denied as moot.

IT IS SO ORDERED.

Dated: May 4, 2011

UNITED STATES MAGISTRATE JUDGE