# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON L. SHERMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>F. GONZALES, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:09-cv-00420-LJO-GBC (PC)<br><br>ORDER REQUIRING DEFENDANTS TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF<br><br>(Doc. 38)<br><br>THIRTY-DAY DEADLINE |

　　　On November 12, 2010, Plaintiff filed a motion for injunction relief. (Doc. 38). Defendants were required to file an opposition or a statement of non-opposition to the motion within twenty-one days, but has not done so. Local Rule 230(l).

　　　Accordingly, within **thirty (30) days** from the date of service of this order, Defendants must file an opposition or a statement of non-opposition to Plaintiff's motion for injunctive relief.

IT IS SO ORDERED.

Dated: 　May 4, 2011　

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1