# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON L. SHERMAN,<br><br>          Plaintiff,<br><br>     v.<br><br>F. GONZALES, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:09-cv-00420-LJO-GBC PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO DENY DEFENDANT MARTINEZ'S REVISED INTERROGATORIES<br><br>(Doc. 65) |

Plaintiff Brandon L. Sherman ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 18, 2011, Plaintiff filed a motion requesting that the Court deny Defendant Martinez's revised interrogatories. (Doc. 65). On July 28, 2011, Defendants filed an opposition. (Doc. 69). Plaintiff claims that Martinez's revised the responses to her interrogatories after the Court's deadline for amended pleadings. (Doc. 65). Interrogatories are not "pleadings" and under Rule 26(e) of the Federal Rules of Civil Procedure, parties are required to supplement or correct a response to an interrogatory if the party leans that their original response was incomplete or correct. Fed. R. Civ. P. 26(e)(1)(A). Based on the foregoing, the Court hereby orders that Plaintiff's motion filed on July 18, 2011, is DENIED. (Doc. 65).

IT IS SO ORDERED.

Dated:   August 19, 2011

_____
UNITED STATES MAGISTRATE JUDGE

1